FILED
2.1.2023
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

The following is relevant to the case issues raised in <u>Michael V. Costello</u> vs. <u>Louie Wainwright</u>, January 15, 1976, US Court of Appeals 5th Circuit, 525 F.2d 1239, 1976 US App. Lexis, 3348, on the issues of Overcrowding caused constitutionally inadequate medical care, Reduce population or increase capacity.

Also, joined by <u>Robert Celestino, Michael V. Costello</u>, vs <u>Singletary</u>, March 30, 1993 US Dist Court Middle District Florida Jacksonville Division 147 F.R.D. 258, 1993 US Dist Lexis 4186.

Litigation started in 1972 alleging Overcrowding → physical, mental health care → 8th Amendment violations. There was court action for 20 years. This included a decision on Food Service, dietary foods. The Corrections Medical authority was established under Florida Statute 945.602.

Special Master (20 years) appointed, and oversaw Monitor (20 years) appointed, and oversaw Until Settlement Agreement Signed, and approved by Court. A healthy menu was established under, and according to the Special Master and Monitor's approval, the Settlement was approved by the court and signed.

<u>As For Food Service.</u>

All was well until Aramark, took over, under a 5 years contract. During that time problems developed. The contract may have been canceled for harm caused to inmates due to the diet of patties, and chicken bulk, and to much Soy Protine.

Another Company was contracted, American Food Service. The above mentioned patties were no longer served, nor the chicken bulk. Inmate heath improved.

Aramark, again is under contract and the same chicken bulk and patties are being served again, just as before, under different names.

1

Violation of the 8th Amendment Clause against Cruel and Unusual Punishment, of the United States and Florida Constitutions, based upon the following: It is further alleged, based on the Statement of Facts below, Violates the conditions of Law of the, Michael V. Costello, Vs. Loui L. Wainwright Secretary, Florida Department of Corrections et al., Settlement Agreement entered into with the Plaintiff, Costillo, 430 U.S. 325, 51 L.Ed.2d 372, 97 Sct 1191, US. Supreme Court, Case.,

### Factual Statement of Violations

Insufficient heating System, from inclimate weather, of winter seasons.
Windows will not manually close, some only close partially, others will not close atal.

Windows are without a screen to keep out insects. Ventilation system (exaust system) pull out all heat during the winter season, exposing occupants to cold inclimate weather conditions.

One man cells are being used to house two (2) men, Violating the Settlement Agreement, against overcrowding, Costilo, Agreement.

Prisoners are housed in a condemed building (B-Dorm) at Tomoka Correctional Institution, 3950 Tiger Bay Road, Daytona Beach, Florida 32124) with the above, and below cited violations set out herein, in fact condemed.
Windows missing panes, and windows that do not close allow Flooding of rooms during Storms and Hurricain inclimate weather conditions have persissted for 15 year or more. (This happened 2022)

1a

Insufficient and inadequate building insulation building materials, cause building to retain heat during the Summer season heat, and retain cold during the inclimate winter weather. Floor & walls sweat under certain climatic conditions. The open bay dormatories are overcrowded, having up to 10 additional beds in each open bay bed area, in violation of Settlement.

The 10 additional bunks in the open bay dorms were added by Order of the then, Govenor Martinez, of Florida, recinding, all state wide inmate trustee, Furlow, Work Release, and custody pass status, of any inmate to be returned to prison custody, having a minimum mandatory sentence, or Violent crime, after Dilbek incident occurred, as a 90 day emergency measure, until a solution was found to correct the overcrowding it caused. His full name is Donald Dilbek
After the FDC added and number the additional 10 beds in the open bay dorms throughout the System, never removed them after 90 days had elapsed, and persist today a violation.

FDC Also, add an additional bunk to each one man cell of every institutional dorm designed to house one man, Violates the Settlement Agreement,

These Violations now span more than Three (3) decades.

It is believed the FDC Contracted a Food Service provider, Company, Aramark, in 2001 - 2016, if not longer

Aramark Food Service Provider overhauled the menu, began to serve an abundance of food items which included chicken bulk, Mechanically separated chicken meat soy mix, and also, chicken meat soy mix patties, by various names, that caused inmates to become sick, and harmed in the following ways: Hyperthyroid, stomach and intestinal bloating; Gastrointestinal gas; flagulation, cramps and abdominal pain; Tumors, ulcers, Cancer of Stomach, intestins, and colon. etc, were caused after periods of being consumed.

Due to the above, Aramark, lost their contract as FDC's Food Service provider. They are now under FDC Contract as Food Service provider again, doing the same thing as before. A deliberat disregard to our nutritional wellbeing and safety.

It is my intention to inform you of these foregoing matters as it is this court that entered the judgment for the Settlement agreement that has bee violated for decades. I therefore, request you order a special investigation, and suggest you interview former F.D.C Secretary, Mr Mark Inch, who is a man of integrity and highly respected for his efforts to weed out the crime and currruption, before retiering in frustration, also, interview forme Secretary Jullie Jones.

Most inmates fear to speak out for fear of relaliation from the F.DC. Presently head officials claim to be making efforts to carry on Mark Inchs vision of reform.

Mr Sercretary Dixon, of the FDC, says he supports the change too, however, circumstances seem to have

3

digressed immediatly after Mr. Mark Inch retired. Mr. Inch's vision of reform to afford incentives for inmates/residents that maintain good behavior. That is to say, not involved in violence, drugs, extortion, theft, robbery, gang activity, violence on staff, criminal contraband, sex crimes, or other serious natured activities.

The incentives would be: To live in a safer environment, Have more program activities, enhanced TV, enhanced improved healthier diet of food, enhanced canteen and lower prices.

Freer movement to and from program activities.
Enhanced recreational activities.
Closer contact with family members and more visitation days.
A weness center with games. family or friends may order items from web site, of food on order from vender, delivery.

As soon as Mr. Mark Inch, left office, we lost our dietary improvements, namely:
Whole milk, orenge juice, Donuts, fruit bar, granola, Beef franks, french fries, Chicken brest, Chicken Nuggets, Chicken fingers, Sub Sandwich, Egg Salad, 100% ground beef burger patty, Hamburger buns, Hot Dog Buns, Pretzle Buns, French Bread, Biscuits, Beef Sausage, Pizza, Pork Sausage, fresh tomatos in our salad, real cheese, Lima Beans, Three Bean Salad, fresh Onion, Dried fruits - Stawberries, Cherries, honey, pruns, plumbs, rasins, dried Cranberries, Chocolate Cookies, Sandwich meats besides Bolona, Breakfast link Sausages, Assorted Cereals, Omelets, Grated Carrot w/ Mayo Salad, and there are other food(s) items that never got to be included that woud have been, had Aramark, came back. Drop in and try one of the patties to see what I, mean.

4

over →

As they say on X-Files, the truth is out there. Thank you for your time, and thank you for checking in on us, by interviewing a few 1000 prisoners.
Best Regards,

Phillip Turner,

Example of what is on one of the patty Lables from a Box of Zesty Patties.

```
PR-ACP 3349-4R                    Packe Date 12-06-22
Ingredients: Mechaically Separated chicken, Water,
Textured Soy Flour. Seasoning (Ingredients: Salt, Garlic.
Monosodium Glutamate (8%) Black Pepper, Oregano.
and less than 2% Silicon Dioxide added to prevent
caking)
Distributed By
Pride Enterprises
Raiford Florida 32083
                3.8R
         Net WT. 20 LBS
```