UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

PHILLIP TURNER,

        Plaintiff,

v.                                 Case No. 3:23-cv-119-BJD-PDB

FLORIDA DEPARTMENT OF
CORRECTIONS,

        Defendant.
_____

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

      Plaintiff, an inmate of the Florida penal system, is proceeding pro se. Plaintiff filed a letter (Doc. 1) on February 1, 2023, in which he alleges a litany of issues with food service, medical care, air quality, and bunking space at Tomoka Correctional Institution. Plaintiff contends some issues (food service, overcrowding, and medical care) were the subject of a 1972 class action lawsuit that resulted in settlement decades ago, but within the last five years, conditions have deteriorated. Plaintiff says his intention in filing the letter is merely "to inform [the Court] of these . . . matters as it is this court that entered the judgment for the settlement agreement that has bee[n] violated."[1] Doc. 1 at 4. He suggests the Court appoint a special master to investigate.

---

[1] Plaintiff references the case name in his letter: *Calestineo v. Singletary*. Doc. 1 at 1. *See* Case No. 3:72-cv-94-SHB. In a March 30, 1993 order closing the case, the Court

Plaintiff has not properly initiated a civil rights action. *See* Fed. R. Civ. P. 3 ("A civil action is commenced by filing a complaint with the court."). Moreover, he does not complain that *his* constitutional rights have been violated, nor does he seek relief for himself. If Plaintiff believes his prison conditions are unconstitutional, he may seek relief by properly initiating a civil rights action in the proper court. Tomoka Correctional Institution is in Volusia County, which is in the Orlando Division of the Middle District.

Accordingly, it is

**ORDERED:**

1. This case is **DISMISSED without prejudice.**

2. The **Clerk** shall enter judgment dismissing this case without prejudice, terminate any pending motions, and close the file.

**DONE AND ORDERED** in Jacksonville, Florida, this 3rd day of February, 2023.

                                                              _____
                                                                       BRIAN J. DAVIS
                                                                United States District Judge

---

vacated the settlement agreements and injunctions that bound the parties for years. *Calestineo v. Singletary*, 147 F.R.D. 258, 264 (M.D. Fla. 1993).

caw 2/2
c:
Phillip Turner, #B12124